JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

6/19/2017

CENTRAL DISTRICT OF CALIFORNIA
BY:____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ, | Case No. CV 17-2119 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AVALON & VERNON LLC d/b/a/ COIN OP LAUNDRY, | |
| Defendant. | |

      IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 19th day of June, 2017.

/s/
Fernando M. Olguin
United States District Judge